The Superintendent of the Poor of the County of Catta-raugus, Respondent, *v.* The Superintendent of the Poor of the County of Erie, Appellant.

(Argued June 7, 1894; decided June 22, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1893, which directed judgment in favor of plaintiff upon a case submitted under section 1279 of the Code of Civil Procedure.

*Allen & Butterfield* for appellant.

*Norman M. Allen* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

Dan. S. Richards, Respondent, *v.* Levi Crooker et al., Appellants.

(Argued June 7, 1894; decided June 22, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 9, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*S. C. Millard* for appellants.

*D. S. Richards* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.